Gregory L. Bonilla
Maureen H. Lennon
MACo Defense Services
2717 Skyway Drive, Suite F
Helena, MT 59602-1213
Ph. (406) 441-5471
Fax (406) 441-5497
gbonilla@mtcounties.org
mlennon@mtcounties.org

Counsel for County Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RAYMOND STALIE, and EVA STALIE, individually and as co-personal representatives of the ESTATE OF ROBERT STALIE, CLAUDETTE STALIE, individually and as guardian of ROCHELLE STALIE, FEE KOPPER, individually, and MARGARET MARKIS, individually,<br><br>            Plaintiffs,<br><br>    v.<br><br>THE CITY OF LIBBY, a municipal entity, CHIEF OF POLICE JAMES SMITH, an individual, LINCOLN COUNTY, a municipal entity, CHARLENE WILLIAMSON, an individual, DETENTION OFFICER JAMES DERRYBERRY, an individual, DETENTION OFFICER CHANEL GEER, and DOES 1-1 inclusive,<br><br>            Defendants. | Case No. CV 17-74-M-DLC<br><br>OFFER OF JUDGMENT |

Defendants Lincoln County, Charlene Williamson, James Derryberry, and Chanel Geer (the "County Defendants"), through their counsel, and pursuant to Rule 68(a) of the Federal Rule of Civil Procedure, together make the following Offer of Judgment. The County Defendants hereby offer to allow judgment to be taken against them in this action in the amount of One Hundred Thousand and No/100 Dollars ($100,000.00), with costs then accrued. If this Offer of Judgment is not accepted within the time prescribed by Rule 68(a), it is deemed withdrawn pursuant to Rule 68(b). This Offer of Judgment is made for the purpose specified in Rule 68 and is not to be construed either as an admission that the County Defendants are liable in this action or that Plaintiffs have suffered any damage.

DATED this 12th day of January 2018.

MACo Defense Services

 /s/ Gregory L. Bonilla
Gregory L. Bonilla