IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RAYMOND STALIE, and EVA STALIE, both individually and as co-personal representatives of the ESTATE OF ROBERT STALIE, CLAUDETTE STALIE, individually and as guardian of ROCHELLE STALIE, FEE KOPPER, individually, and MARGARET MARKIS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF LIBBY, a municipal entity, CHIEF OF POLICE JAMES SMITH, an individual, LINCOLN COUNTY, a municipal entity, CHARLENE WILLIAMSON, an individual, DETENTION OFFICER JAMES DERRYBERRY, an individual, DETENTION OFFICER CHANEL GEER, and DOES 1-10 inclusive,<br><br>Defendants. | CV 17–74–M–DLC<br><br>ORDER |

Pursuant to the Parties' Joint Stipulations for Dismissal (Docs. 30, 31),

IT IS ORDERED all claims asserted by Plaintiffs against Defendants City

of Libby, Chief of Police James Smith, Lincoln County, Charlene Williamson, James Derryberry, and Chanel Geer are DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

Dated this 31st day of May, 2018.

Dana L. Christensen, Chief Judge
United States District Court